| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | DOUGLAS BEEVERS, USVI Bar #766 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
CRESCENIO DELGADO-ESQUIVEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-11-00076-LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| CRESCENCIO DELGADO-ESQUIVEL, ) | |
| et al., ) | Date: April 10, 2012 |
| ) | Time: 9:15 a.m. |
| Defendants. ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff; MICHAEL E. HANSEN, attorney for defendant NORMA GONZALEZ; DOUGLAS BEEVERS, attorney for defendant CRESCENCIO DELGADO-EZQUIVEL; DANNY D. BRACE, JR., attorney for defendant ARMANDO VASQUEZ-BARRAGAN; DINA SANTOS, attorney for defendant WALDO PEREZ-MENDOZA; AND DWIGHT SAMUEL, attorney for defendant VICTOR GONZALEZ, that the previously-scheduled status conference date of February 28, 2012, be vacated and the matter set for status conference on April 10, 2012, at 9:15 a.m.

1  This continuance is requested due to the fact that defense counsel for defendant CRESCENIO DELGADO-ESQUIVEL is unavailable for the current date due to an unforseen family emergency. Additionally, this continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Plea agreements for some defendants are expected to be tendered shortly after ongoing negotiations are completed. These tasks are made more difficult and time-consuming because many of the defendants are Spanish language speakers and communications with their counsel need to be conducted with the assistance of a Spanish-English language interpreter and/or the defendants are housed in outlying county jails outside of Sacramento County. Defense counsel need additional time to explain the ramifications of any proposed plea agreements to their respective clients and to prepare their respective client's defense in the event that there is no pretrial resolution of this case. Further, all parties stipulate and agree that the Court shall find this case complex and unusual within the meaning of 18 U.S.C. sections 3161(h)(7)(A) and (B)(ii)and Local Code T-2 because defendant Delgado-Ezquivel is named as a defendant in two separate methamphetamine conspiracy and trafficking Indictments with multiple Spanish speaking only co-defendants, multiple counts, and numerous Spanish language audio recordings that must be translated to English, all of which make it unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. Section 3161. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

The Government concurs with this request.

1   Further, the parties agree and stipulate that the Court shall find
2   the ends of justice served by the granting of such a continuance outweigh
3   the best interests of the public and the defendants in a speedy trial and
4   that time within which the trial of this case must be commenced under the
5   Speedy Trial Act should therefore be excluded under 18 U.S.C. sections
6   3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 (to allow
7   defense counsel time to prepare), from the date of the parties'
8   stipulation, February 24, 2012, to and including April 10, 2012. The
9   parties further stipulate and agree that the Court shall find the failure
10  to grant the requested continuance in this case would deny counsel for
11  defendants reasonable time necessary for effective preparation, taking
12  into account the exercise of due diligence, and unreasonably deny
13  defendant CRESCENIO DELGADO-ESQUIVEL continuity of counsel.

14  Accordingly, the parties respectfully request the Court adopt this
15  proposed stipulation as its order.

16  IT IS SO STIPULATED.

17  Dated: February 24, 2012            Respectfully submitted,

18                                      DANIEL BRODERICK
                                        Federal Defender
19
                                        /s/ Doug Beevers
20                                      DOUG BEEVERS
                                        Assistant Federal Defender
21                                      Attorney for Defendant
                                        CRESCENCIO DELGADO-ESQUIVEL
22
    Dated: February 24, 2012            /s/ Michael E. Hansen
23                                      MICHAEL E. HANSEN
                                        Attorney for Defendant
24                                      NORMA GONZALEZ

25  Dated: February 24, 2012            /s/ Danny Brace
                                        DANNY D. BRACE, JR.
26                                      Attorney for Defendant
                                        ARMANDO VASQUEZ-BARRAGAN
27

28

| | | |
|---|---|---|
| Dated: February 24, 2012 | | */s/ Dina Santos* |
| | | DINA SANTOS |
| | | Attorney for Defendant |
| | | WALDO PEREZ-MENDOZA |
| Dated: February 24, 2012 | | */s/ Dwight Samuel* |
| | | DWIGHT SAMUEL |
| | | Attorney for Defendant |
| | | VICTOR GONZALEZ |
| Dated: February 24, 2012 | | BENJAMIN B. WAGNER |
| | | United States Attorney |
| | | */s/ Samuel Wong* |
| | | SAMUEL WONG |
| | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex in that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. Section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and unreasonably deny defendant CRESCENIO DELGADO-ESQUIVEL continuity of defense counsel. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, February 24, 2012, to and including April 10, 2012, shall be

Stip and Order                                -4-

excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T-2 (complex and unusual case) and T-4 (reasonable time for defense counsel to prepare). It is further ordered that the February 28, 2012, status conference shall be continued until April 10, 2012, at 9:15 a.m.

**IT IS SO ORDERED.**

Dated: February 27, 2012

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT