```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10                                    )
11  UNITED STATES OF AMERICA,         ) NO. 2:11-CR-076 LKK
                                      )
12                  Plaintiff,        ) STIPULATION AND ORDER CONTINUING
                                      ) STATUS CONFERENCE DATE AND
13       v.                           ) EXCLUDING TIME UNDER SPEEDY TRIAL
                                      ) ACT
14  CRESENCIO DELGADO-EZQUIVEL,       )
    et al.,                           ) Court:  Hon. Lawrence K. Karlton
15                                    )
                    Defendants.       )
16                                    )
    _____     )
17
18
         It is hereby stipulated and agreed to by the parties,
19
    through their undersigned counsel, that:
20
         1.   The presently set October 2, 2012, status conference
21
    shall be continued to November 20, 2012, at 9:15 a.m.
22
         2.   The time period from the date of this stipulation,
23
    September 28, 2012, to and including, the new status conference
24
    hearing of November 20, 2012, shall be excluded from computation
25
    of time within which the trial of this case must be commenced
26
    under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and
27
    (B)(iv), and Local Code T4 pertaining to defense preparation and
28
                                 1
```

continuity of counsel.

3. The parties jointly request this continuance for the following reasons: (1) to allow defendant Crescencio Delgado-Ezquivel to obtain an updated and revised pre-plea presentence report that encompasses both of the criminal cases presently charged against him so that he can intelligently decide his course of action in this case, to wit: pretrial settlement or trial; (2) to allow defendant Victor Gonzalez's expert additional time to retest and reweigh Drug Exhibit No. 5, which scientific test results are critical to Victor Gonzalez's defense; and (3) Danny Brace, Esq., counsel for defendant Armando Vasquez-Barragan, is unavailable for the October 2, 2012, as he will be in trial in another matter.

The parties further stipulate and agree that the Court should find that: (1) the failure to grant a continuance in this case would deny defendant Vasquez-Barragan continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO STIPULATED.

Dated: September 28, 2012           Respectfully submitted,


                                    /s/ Michael E. Hansen
                                    MICHAEL E. HANSEN
                                    Attorney for Defendant
                                    NORMA GONZALEZ

```
                        /s/ Doug Beevers
                        DOUGLAS BEEVERS
                        Attorney for Defendant
                        CRESCENCIO DELGADO-EZQUIVEL


                        /s/ Danny D. Brace
                        DANNY D. BRACE
                        Attorney for Defendant
                        ARMANDO VASQUEZ-BARRAGAN


                        /s/ Dina Santos
                        DINA SANTOS
                        Attorney for Defendant
                        WALDO PEREZ-MENDOZA


                        /s/ Dwight Samuel
                        DWIGHT SAMUEL
                        Attorney for Defendant
                        VICTOR GONZALEZ

                        BENJAMIN B. WAGNER
                        United States Attorney

                    By: /s/ Samuel Wong
                        SAMUEL WONG
                        Assistant U.S. Attorney
                        Attorney for Plaintiff
```

**ORDER**

Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court orders that the presently set October 2, 2012, status conference shall be continued to November 20, 2012, at 9:15 a.m. The Court orders that time from the date of the parties' stipulation, September 28, 2012, to, and including the new status conference on November 20, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4

3

pertaining to defense preparation and continuity of counsel.

The Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny defendant Vasquez-Barragan continuity of counsel. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is so ordered.

Dated: October 1, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT