Dwight M. Samuel (SBN 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
(916) 447-1193, DwightSamuelatty@yahoo.com

Attorney for defendant
VICTOR GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>VICTOR GONZALEZ, et, al.,<br><br>Defendants. | No. CR-S-11-076<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: March 5, 2013<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff; MICHAEL E. HANSEN, attorney for defendant NORMA GONZALEZ; DOUGLAS BEEVERS, attorney for defendant CRESCENCIO DELGADO-EZQUIVEL; DANNY D. BRACE, JR., attorney for defendant ARMANDO VASQUEZ-BARRANGAN; DINA SANTOS, attorney for defendant WALDO PEREZ-MENDOZA; and DWIGHT M. SAMUEL, attorney for defendant VICTOR GONZALEZ, that the previously scheduled status conference date of January 29, 2013, be vacated and the matter set for status conference on March 5, 2013, at 9:15 a.m.

This request is made to allow the United States to send plea agreements to those defendants who want to resolve their cases and then set the matter for a trial setting conference for any defendants who want to proceed to trial.

The government and defendants agree that exclusion of time is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 [reasonable time to prepare], and further agree

1

that this exclusion of time includes the period from January 29, 2013, up to and including March 5, 2013. It is further agreed and stipulated that the ends of justice served in granting this request outweigh the best interests of the public and the defendants in a speedy trial.

    SO STIPULATED

Respectfully submitted,

Dated: January 25, 2013      By: /s/ Dwight M Samuel
DWIGHT SAMUEL
Attorney for Defendant
VICTOR GONZALEZ

Dated: January 25, 2013      BENJAMIN WAGNER
United States Attorney
/s/ Dwight M Samuel for
SAMUEL WONG
Assistant U.S. Attorney

Dated: January 25, 2013      /s/ Dwight M Samuel for
DOUG BEEVERS
Attorney for Defendant
CRESCENCIO DELGADO-ESQUIVEL

Dated: January 25, 2013      /s/ Dwight M Samuel for
MICHAEL E. HANSEN
Attorney for Defendant
NORMA GONZALEZ

Dated: January 25, 2013      /s/ Dwight M Samuel for
DANNY D. BRACE, JR
Attorney for Defendant
ARMANDO VASQUEZ-BARRAGAN

Dated: January 25, 2013      /s/ Dwight M Samuel for
DINA SANTOS
Attorney for Defendant
WALDO PEREZ-MENDOZA

**ORDER**

For the reasons set forth in the foregoing Stipulation of Counsel, IT IS ORDERED THAT:

The Status Conference now set for January 29, 2013, at 9:15 a.m. is VACATED, and the above-captioned matter is set for Status Conference on March 5, 2013 at 9:15 a.m.

The Court finds excludable time in this matter through March 5, 2013, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court further finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4.

Dated: January 29, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT