1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10                                )
11  UNITED STATES OF AMERICA,      )  NO. 2:11-CR-076 LKK
                                   )
12              Plaintiff,         )  STIPULATION AND ORDER VACATING
                                   )  SENTENCING HEARING, SETTING
13      v.                         )  BRIEFING SCHEDULE, AND HEARING
                                   )  DATE ON DEFENDANT'S MOTION FOR A
14  CRESENCIO DELGADO-EZQUIVEL,    )  SENTENCING JURY
    et al.,                        )
15                                 )  Court:  Hon. Lawrence K. Karlton
                Defendants.        )
16                                 )
    _____  )
17

18

19       Whereas, defendant Crescencio Delgado-Ezquivel's

20  ("defendant") sentencing date is currently set for September 24,

21  2013, at 9:15 a.m.;

22       Whereas, defendant's motion filed on September 18, 2013, for

23  a sentencing jury appears to raise issues of a first impression;

24       Whereas, the undersigned prosecutor will be very busy

25  preparing for, and conducting, the trial in United States v.

26  Clemente Arroyo, No. 2:09-CR-273 JAM, that starts on September

27  30, 2013, and is expected to last for approximately one week; and

28       Whereas, plaintiff United States of America desires

                                   1

1  additional time to respond to defendant's motion as the

2  undersigned prosecutor will seek to obtain guidance from the

3  Department of Justice in Washington, D.C., before completing the

4  United States' response to defendant's motion for a sentencing

5  jury,

6      It is hereby stipulated and agreed to by and between the

7  parties, through their respective attorneys, that:

8      1.   The September 24, 2013, sentencing hearing shall be

9  vacated pending the resolution of defendant's motion for a

10 sentencing jury.

11     2.   The United States' response to defendant's motion for a

12 sentencing jury shall be due on October 22, 2013.

13     3.   Defendant's reply, if any, in support of his motion

14 shall be due on October 29, 2013.

15     4.   The hearing on defendant's motion for a sentencing jury

16 shall be held on November 5, 2013, at 9:15 a.m.

17 Dated:  September 20, 2013

18                            Respectfully submitted,

19                            HEATHER WILLIAMS
                           Federal Defender

20                            */s/ Douglas Beevers*

21                        _____
                      By:  DOUGLAS BEEVERS

22                            Assistant Federal Defender
                           Attorney for Defendant

23                            CRESCENCIO DELGADO-EZQUIVEL

24 Dated:  September 20, 2013

25                            BENJAMIN B. WAGNER
                           United States Attorney

26                            */s/ Samuel Wong*

27                        _____
                      By:  SAMUEL WONG

28                            Assistant U.S. Attorney

**ORDER**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as the Court's order.

It is so ordered.


Dated: September 24, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT