| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | SAMUEL WONG<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2772 |
| 5 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRESCENCIO DELGADO-EZQUIVEL,<br>et al.,<br><br>Defendants. | CASE NO. 2:11-CR-076-LKK<br><br>STIPULATION AND ORDER SETTING EVIDENTIARY HEARING<br><br>Court: Hon. Lawrence K. Karlton<br>Time: 9:30 a.m.<br>Date: February 26, 2014 |

It is hereby stipulated by and between the parties, through their undersigned counsel, that the evidentiary hearing on defendant Crescencio Delgado-Ezquivel's motion for safety valve sentencing within the meaning of 18 U.S.C. § 3553(f) shall be held on February 26, 2014, at 9:30 a.m. The Court Clerk has already advised that the Court is available for a hearing on that date and time.

Dated: November 15, 2013

                                            HEATHER WILLIAMS
                                            Federal Defender

                                            /s/ Douglas Beevers
                           By: _____
                                            DOUGLAS BEEVERS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            CRESCENCIO DELGADO-EZQUIVEL
                                            (per telephone authorization)

1

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong
_____
SAMUEL WONG
Assistant U.S. Attorney

**ORDER**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as the Court's order.

It is ordered that the evidentiary hearing on defendant Crescencio Delgado-Ezquivel's motion for safety valve sentencing within the meaning of 18 U.S.C. § 3553(f) shall be held on February 26, 2014, at 9:30 a.m.

Dated: November 19, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT